**Kyle A. WILLIAMS, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS SCI–DALLAS RECORD OFFICE, Pennsylvania Board of Probation and Parole, Appellees.**

Supreme Court of Pennsylvania.

Feb. 7, 2008.

## ORDER

PER CURIAM.

AND NOW, this 7th day of February, 2008, upon application of Appellees, this appeal is DISMISSED as moot.